Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____    Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Futura Enterprises Inc.** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **Futura Building Systems** |
| **3. Debtor's federal Employer Identification Number (EIN)** | 7 5 – 2 6 9 0 7 2 5 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **11857 Judd Court Suite 214** | |
| Number        Street | Number        Street |
| **Dallas, TX 75243** | |
| City                         State        ZIP Code | City                         State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Dallas** | |
| County | |
| | Number        Street |
| | City                         State        ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **Futura Enterprises Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | **Futura Enterprises Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

| | | |
|---|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                                    Number        Street<br><br>_____<br>City                                State        ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>              Contact name _____<br>              Phone _____ | |

---

## Statistical and administrative information

| | | | |
|---|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |

| **14. Estimated number of creditors** | ☐ 1-49   ☑ 50-99 | ☐ 1,000-5,000   ☐ 5,001-10,000 | ☐ 25,001-50,000   ☐ 50,000-100,000 |
|---|---|---|---|
| | ☐ 100-199   ☐ 200-999 | ☐ 10,001-25,000 | ☐ More than 100,000 |

| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | **Futura Enterprises Inc.** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | | |
|---|---|---|
| **17. Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | |
| | ■ I have been authorized to file this petition on behalf of the debtor. | |
| | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. | |
| | I declare under penalty of perjury that the foregoing is true and correct. | |

Executed on    **07/14/2025**
MM/ DD/ YYYY

**X** **/s/ Irving Napert**                                    **Irving Napert**
Signature of authorized representative of debtor        Printed name

Title            **President**

| | | |
|---|---|---|
| **18. Signature of attorney** | **X**    **/s/ Robert T DeMarco** | Date **07/14/2025** |
| | Signature of attorney for debtor | MM/ DD/ YYYY |

**Robert T DeMarco**
Printed name

**DeMarco Mitchell, PLLC**
Firm name

**500 N. Central Expressway Suite 500**
Number          Street

**Plano**                                    **TX**        **75074**
City                                        State        ZIP Code

**(972) 991-5591**                            **robert@demarcomitchell.com**
Contact phone                                Email address

**24014543**                                **TX**
Bar number                                State

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                          CHAPTER  **11**
**Futura Enterprises Inc.**

DEBTOR(S)                                                       CASE NO

**LIST OF EQUITY SECURITY HOLDERS**

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| **Irving Napert**<br>7039 Lavendale Ave<br>Dallas, TX 75230 | Stock | 100% | Shareholder |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**President**_____ of the _____**Nonpublic Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true
and correct to the best of my information and belief.

Date: **07/14/2025**_____        Signature: **/s/ Irving Napert**_____
                                                          *Irving Napert, President*

Fill in this information to identify the case:

Debtor Name **Futura Enterprises Inc.**

United States Bankruptcy Court for the: **Northern** District of **Texas**

(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** — $15.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Benchmark Bank | Checking account | 2 3 6 8 | $42,000.00 |
| 3.2. | Benchmark Bank | Checking account | 2 3 7 6 | $483.00 |
| 3.3. | Bank of America | Checking account | 0 7 0 7 | ($357.00) |
| 3.4. | Bank of America | Checking account | 0 9 0 5 | ($45.00) |
| 3.5. | Bank of America | Checking account | 3 2 0 8 | $63.16 |
| 3.6. | Bank of America | Checking account | 8 3 6 3 | $87.33 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____

   4.2. _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — **$42,246.49**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☑ Yes. Fill in the information below.

Debtor    **Futura Enterprises Inc.**                       Case number *(if known)*
        Name

|  |  | Current value of debtor's interest |
|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| 7.1 | **Texas JCSB, LLC** | **$4,200.00** |
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| 8.1 | | |
| 8.2 | | |
| 9. | **Total of Part 2** | **$4,200.00** |
| | Add lines 7 through 8. Copy the total to line 81. | |

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 11. | **Accounts receivable** | | | |
| | 11a. 90 days old or less: | **$112,319.00** - **unknown** =..... ➔ | | **$112,319.00** |
| | | face amount      doubtful or uncollectible accounts | | |
| | 11b. Over 90 days old: | **$4,385.00** - **unknown** =..... ➔ | | **$4,385.00** |
| | | face amount      doubtful or uncollectible accounts | | |
| 12. | **Total of Part 3** | | | **$116,704.00** |
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | | |

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| 14.1 | | | |
| 14.2 | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| | Name of entity: | % of ownership: | |

Debtor    **Futura Enterprises Inc.** _____      Case number *(if known)* _____

Name

|  |  |  |  |  |
|---|---|---|---|---|
| 15.1. _____ | _____ | _____ | _____ |
| 15.2. _____ | _____ | _____ | _____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1 _____      _____      _____

   16.2 _____      _____      _____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.      _____

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No. Go to Part 6.

   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.      _____

24. **Is any of the property listed in Part 5 perishable?**

   ☑ No

   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No

   ☐ Yes.  Book value _____   Valuation method _____   Current value _____

Debtor      **Futura Enterprises Inc.**
_____      Case number *(if known)* _____
            Name

---

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.                                     _____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

Debtor    **Futura Enterprises Inc.**
_____    Case number *(if known)* _____
Name

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| See Attachment 41.1 Furniture | unknown | | $7,525.00 |
| 40. **Office fixtures** | | | |
| | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See Attachment 41.2 - Shop Inventory | unknown | | $3,765.00 |
| See Attachment 41.3 - Tools | unknown | | $6,160.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | $17,450.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

---

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page **5**

Debtor   **Futura Enterprises Inc.** _____   Case number *(if known)* _____
Name

| | | | |
|---|---|---|---|
| 47.1 **2018 Dodge Ram Texas Edition** / VIN: 1c6rr6lt8js245227 | unknown | | $15,172.00 |
| 47.2 **2019 Dodge Ram 1500 Classic** / VIN: 1c6rr6tt8ks657259 | unknown | | $16,628.00 |
| 47.3 **2017 Max HD** / VIN: 5R8D71225HM047099 6x12 dump trailer | unknown | | $10,615.00 |
| 47.4 **2022 Load Trail** / VIN: 4ZEDT1628N3247081 16 FOOT DT | unknown | | $13,999.00 |

48.   **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

48.1 _____   _____ _____ _____

48.2 _____   _____ _____ _____

49.   **Aircraft and accessories**

49.1 _____   _____ _____ _____

49.2 _____   _____ _____ _____

50.   **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

_____   _____ _____ _____

51.   **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.

$56,414.00

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

54.   **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |

Debtor   **Futura Enterprises Inc.**
Name                                                    Case number *(if known)*

| | | | | |
|---|---|---|---|---|
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites** | | | |
| www.futurabuildingsystemscom | **unknown** | _____ | **$0.00** |
| www.futuraroofingsystems.com | **unknown** | _____ | **$0.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| _____ | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |
| 65. **Goodwill** | | | |
| _____ | _____ | _____ | _____ |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                   **$0.00**

Debtor     **Futura Enterprises Inc.**_____     Case number *(if known)* _____
               Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

    Description (include name of obligor)

    _____   _____ – _____ = ➜   _____
                                Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____   Tax year _____   _____
    _____   Tax year _____   _____
    _____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

    _____   _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Backcharge for Uriel Tovar- repaired poor workmanship**                    **$17,592.70**

    Nature of claim          _____

    Amount requested          _____**unknown**_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    **Ed and Jamie Whitesell - unjust enrichment in building their addition remodel**   **$59,000.00**

    Nature of claim          _____

    Amount requested          _____**unknown**_____

---

Debtor    **Futura Enterprises Inc.** _____    Case number *(if known)* _____
　　　　　Name

| | |
|---|---|
| 76. | **Trusts, equitable or future interests in property** _____ | _____ |

77. **Other property of any kind not already listed** *Examples:* Season
tickets, country club membership

_____    _____

_____    _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.    | $76,592.70 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $42,246.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,200.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $116,704.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $17,450.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $56,414.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................... ➜ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $76,592.70 | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........................91a. | $313,607.19 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................ | | $313,607.19 |

---

**Fill in this information to identify the case:**

Debtor name **Futura Enterprises Inc.**

United States Bankruptcy Court for the: **Northern**   District of **Texas**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

---

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1 Creditor's name**

**Ally**

**Creditor's mailing address**

**PO Box 380902**

**Minneapolis, MN 55438**

**Creditor's email address, if known**

_____

**Date debt was incurred** **12/10/2020**

**Last 4 digits of account number** **4 8 9 1**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____
_____

**Describe debtor's property that is subject to a lien**
2019 Dodge Ram 1500 Classic

**Describe the lien**
**Purchase Money**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $7,531.43 | $16,628.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $738,448.23

---

Debtor   **Futura Enterprises Inc.**

<u>Name</u>                                    Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

**Bank of America**

**Creditor's mailing address**

**P.O. Box 45224**

**Jacksonville, FL 32232-5224**

**Creditor's email address, if known**

_____

Date debt was incurred      **6/7/2021**

Last 4 digits of account       **5  7  3  6**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

<u>2018 Dodge Ram Texas Edition</u>

**Describe the lien**

**Purchase Money**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$6,461.69**

**$15,172.00**

Debtor    **Futura Enterprises Inc.**
_____    Case number (if known) _____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.3** **Creditor's name**

**Bayfirst**

**Creditor's mailing address**

**700 Central Ave., Mail Code 206**

**Saint Petersburg, FL 33701**

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account    9  1  0  5**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**Blanket Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$135,317.52    unknown

Debtor   **Futura Enterprises Inc.**
         _____                    Case number (if known) _____
         Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.4** Creditor's name

**Bayfirst**

Creditor's mailing address

**700 Central Ave., Mail Code 206**

**Saint Petersburg, FL 33701**

Creditor's email address, if known

_____

Date debt was incurred      **7/25/2023**

Last 4 digits of account      **9  1  0  7**
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

_____

_____

Describe the lien

**Blanket Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $138,426.21 | unknown |

Debtor   **Futura Enterprises Inc.**
　　　　　Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.5** ☑ Creditor's name

**Bayfirst**

**Creditor's mailing address**

**700 Central Ave., Mail Code 206**

**Saint Petersburg, FL 33701**

**Creditor's email address, if known**

_____

Date debt was incurred     **11/1/2023**

Last 4 digits of account     **9   1   0   0**
number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　　　_____
　　　　_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

**Blanket Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$141,038.55

unknown

Debtor    **Futura Enterprises Inc.**

Name                                                          Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | |
|---|---|

**2.6** Creditor's name

**First Home Bank**

Describe debtor's property that is subject to a lien

_____    $87,072.83    unknown

Creditor's mailing address

**Bay First National Bank**

_____

**700 Central Ave. MC 206**

Describe the lien

**Saint Petersburg, FL 33701**    **Blanket Lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No

_____    ☐ Yes

Date debt was incurred    **1/28/2019**    **Is anyone else liable on this claim?**

☑ No

Last 4 digits of account    **7  0  0  0**    ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
number

**Do multiple creditors have an interest in**    **As of the petition filing date, the claim is:**
**the same property?**    Check all that apply.

☑ No    ☐ Contingent

☐ Yes. Have you already specified the    ☐ Unliquidated
relative priority?    ☐ Disputed

☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

_____

_____

☐ Yes. The relative priority of creditors
is specified on lines _____

Debtor   **Futura Enterprises Inc.**                                    Case number (if known) _____

_____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Part 1:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.7** **Creditor's name**

**U.S. Small Business Administration**

$222,600.00          unknown

**Describe debtor's property that is subject to a lien**

_____

_____

**Creditor's mailing address**

**1545 Hawkins Blvd. Suite 202**

**El Paso, TX 79925**

_____

**Describe the lien**

**Blanket Lien**

**Creditor's email address, if known**

_____

**Date debt was incurred**      **2/2/2021**

**Last 4 digits of account number**   **8  0  0  7**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor      **Futura Enterprises Inc.**

_____              Case number (if known) _____
Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Irving Napert**<br>**7039 LAVENDALE AVE**<br>**Dallas, TX 75230** | Line 2. **4** | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Futura Enterprises Inc.** |
| United States Bankruptcy Court for the: | **Northern District of Texas** |
| Case number (if known): | |

☐ Check if this is an
  amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims           **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| | | |

**2.1** Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**

**Bankruptcy & Collections Division**

**P.O. Box 12548, MC-008**

**Austin, TX 78711**

Date or dates debt was incurred

**5/15/2025**

Last 4 digits of account number **7   2   5   2**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:

**Franchise Tax**

Is the claim subject to offset?

☑ No

☐ Yes

Total claim: **$11,150.00**       Priority amount: **$11,150.00**

**2.2** Priority creditor's name and mailing address

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☐ No

☐ Yes

| Debtor | **Futura Enterprises Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**72 Degrees Service**

PO Box 270941

Dallas, TX 75227

Date or dates debt was incurred    12/2/24

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$3,000.00

---

**3.2** Nonpriority creditor's name and mailing address

**911 Construction Co. LLC**

502 N. Main St

Irving, TX 75061

Date or dates debt was incurred    4/7/25

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$2,000.00

---

**3.3** Nonpriority creditor's name and mailing address

**ADP Retirement Services**

71 Hanover Road

Florham Park, NJ 07932

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$1,500.00

---

**3.4** Nonpriority creditor's name and mailing address

**AfcoDirect**

P.O. Box 4795

Carol Stream, IL 60197-4795

Date or dates debt was incurred    7/7/25

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$4,408.38

---

| Debtor | **Futura Enterprises Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**Part 2:** Additional Page

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $82,980.00 |
|---|---|---|---|

**Alvarez Masonary**

**1419 Windmill Hill**

**Cedar Hill, TX 75104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,420.00 |
|---|---|---|---|

**Andres Roofing and Construction LLC**

**1449 Evergreen Dr.**

**Lewisville, TX 75067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,785.00 |
|---|---|---|---|

**Apex Building Solutions LLC**

**160 Kristen Lane, Suite 6**

**Wylie, TX 75098**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,065.00 |
|---|---|---|---|

**B Squared Excavating LLC**

**PO Box 843**

**Caddo Mills, TX 75135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| Debtor | **Futura Enterprises Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.9** Nonpriority creditor's name and mailing address

**Bank of America**

**PO Box 15796**

**Wilmington, DE 19886**

Date or dates debt was incurred _____

Last 4 digits of account number  6  5  8  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revolving Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$50,358.27

---

**3.10** Nonpriority creditor's name and mailing address

**Bank of America**

**PO Box 15796**

**Wilmington, DE 19886**

Date or dates debt was incurred _____

Last 4 digits of account number  0  9  9  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revolving Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$49,163.60

---

**3.11** Nonpriority creditor's name and mailing address

**Bank of America**

**PO Box 15796**

**Wilmington, DE 19886**

Date or dates debt was incurred _____

Last 4 digits of account number  1  6  2  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revolving Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$44,492.71

---

**3.12** Nonpriority creditor's name and mailing address

**Bank of America**

**PO Box 15796**

**Wilmington, DE 19886**

Date or dates debt was incurred _____

Last 4 digits of account number  1  6  2  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revolving Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$48,473.04

---

| Debtor | **Futura Enterprises Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| **Part 2:** | Additional Page |
|---|---|

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,891.00 |
|---|---|---|---|

**Blue Sky**

**5576 Spur Ln.**

**Mckinney, TX 75071**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Vendor**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,687.00 |
|---|---|---|---|

**Builders Carpet & Design Center**

**3100 Alma Road**

**Mckinney, TX 75070**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Vendor**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,190.00 |
|---|---|---|---|

**C S Granite Inc.**

**2405 Fabens Rd.**

**Dallas, TX 75243**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Vendor**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $172,249.00 |
|---|---|---|---|

**CAN Capital / Webbank**

**2015 VAUGHN ROAD, NW, BLDG 500**

**Kennesaw, GA 30144**

*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:  **MCA**

Date or dates debt was incurred  **9/21/22**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  **3  0  1  0**

---

| Debtor | **Futura Enterprises Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.17** Nonpriority creditor's name and mailing address

**Citibank**

**P.O Box 900143**

**Louisville, KY 40290**

Date or dates debt was incurred _____

Last 4 digits of account number  **6   3   6   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revolving Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$41,002.47

---

**3.18** Nonpriority creditor's name and mailing address

**Community Waste Disposal, LP**

**PO Box 208939**

**Dallas, TX 75320**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$1,736.00

---

**3.19** Nonpriority creditor's name and mailing address

**Design and Rendering**

**3568 Cloverdale Lane**

**Dallas, TX 75243**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$2,000.00

---

**3.20** Nonpriority creditor's name and mailing address

**Epay Recovery**

**Deductible Recovery Group**

**PO Box 6068-17**

**Hermitage, PA 16148**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$2,500.00

---

Debtor    **Futura Enterprises Inc.**
　　　　　Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

| **3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,750.00 |
|---|---|---|---|

**ESQ Woodworks**

**1734 Whiteoak Dr.**

**Garland, TX 75040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:  Vendor**

Last 4 digits of account number — — — —

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| **3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,600.00 |
|---|---|---|---|

**Fernando Cantu**

**2009 Ann Ave**

**Carrollton, TX 75006**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:  Vendor**

Last 4 digits of account number — — — —

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| **3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Gary Moffatt**

**2305 Griffith Park Drive**

**Prosper, TX 75078**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:  Vendor**

Last 4 digits of account number — — — —

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| **3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,200.00 |
|---|---|---|---|

**GM Drywall**

**3221 Marble Arch Ln**

**Arlington, TX 76015**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:  Vendor**

Last 4 digits of account number — — — —

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor   **Futura Enterprises Inc.**
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

---

**3.25**

Nonpriority creditor's name and mailing address

**Hotchkiss Insurance Agency**

**4120 International Pkwy.**

**Carrollton, TX 75007**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,915.00**

---

**3.26**

Nonpriority creditor's name and mailing address

**Irving Napert**

**7039 Lavendale Ave**

**Dallas, TX 75230**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material Purchases and Capital infusion**

Is the claim subject to offset?
☑ No
☐ Yes

**$409,808.00**

---

**3.27**

Nonpriority creditor's name and mailing address

**J&M Concrete**

**Attn Jorge Deleon**

**200 NE McAlister Road**

**Burleson, TX 76028**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,754.00**

---

**3.28**

Nonpriority creditor's name and mailing address

**JT Plumbing**

**2401 Blue Mound Road W, Ste. G**

**Haslet, TX 76052**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$14,834.00**

---

| Debtor | **Futura Enterprises Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $199,000.00 |
|---|---|---|---|

**Leaf Capital Funding, LLC**

**1720 Crete Street, STE A**

**Moberly, MO 65270**

Date or dates debt was incurred **3/17/23**

Last 4 digits of account number **- 0 0 1**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **MCA**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | | $163,960.00 |
|---|---|---|---|

**Loan Builder**

**c/o Swift Financial, LLC**

**3505 Silverside Road**

**Wilmington, DE 19810**

Date or dates debt was incurred **1/26/23**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **MCA**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | | $7,700.00 |
|---|---|---|---|

**Mejia Roofing & Remodeling LLC**

**3306 Bridgewater Dr.**

**Rowlett, TX 75088**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | | $4,917.00 |
|---|---|---|---|

**Moore Supply**

**PO Box 951949**

**Dallas, TX 75395**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Futura Enterprises Inc.** | | Case number *(if known)* | _____ |
|---|---|---|---|---|
| | Name | | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.33** Nonpriority creditor's name and mailing address

**MS International**

**12845 Valley Branch Ln. Suite 100**

**Dallas, TX 75234**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$11,875.00

---

**3.34** Nonpriority creditor's name and mailing address

**NTTA Tolltag**

**P.O. Box 260928**

**Plano, TX 75026**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$1,167.00

---

**3.35** Nonpriority creditor's name and mailing address

**ODK CAPITAL, LLC**

**4700 W. Daybreak Pkwy., Suite 200**

**South Jordan, UT 84009**

Date or dates debt was incurred  _____

Last 4 digits of account number  **0  6  8  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

$109,000.00

---

**3.36** Nonpriority creditor's name and mailing address

**Pacific Coast Supply LLC**

**4290 Roseville Road**

**North Highlands, CA 95660**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$11,787.00

---

Debtor    **Futura Enterprises Inc.**
_____
     Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |

---

**3.37** Nonpriority creditor's name and mailing address

**Quality Insulation & Roofing**

**2323 North Frazier Street, Ste E**

**Conroe, TX 77303**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$10,200.00

---

**3.38** Nonpriority creditor's name and mailing address

**Sinclair Funding Group**

**1100 Coney Island Ave**

**Brooklyn, NY 11230**

Date or dates debt was incurred    **1/28/25**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

$175,000.00

---

**3.39** Nonpriority creditor's name and mailing address

**Small Business Financial Solutions, LLC**

**4500 EAST WEST HIGHWAY, 6TH FLOOR**

**Bethesda, MD 20814**

Date or dates debt was incurred    **9/22/22**

Last 4 digits of account number    **9  1  0  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

$23,000.00

---

**3.40** Nonpriority creditor's name and mailing address

**Squarefoot Construction**

**104 W Linda Dr**

**Garland, TX 75041**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$2,403.00

---

| Debtor | **Futura Enterprises Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,732.00 |
|---|---|---|---|

**SRS Building Products**

**1211 Regal Row**

**Dallas, TX 75247**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Vendor**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,007.00 |
|---|---|---|---|

**Sunbelt Rentals Inc**

**PO Box 409211**

**Atlanta, GA 30384-9211**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Vendor**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,925.87 |
|---|---|---|---|

**Synchrony Bank**

**P.O. Box 71783**

**Philadelphia, PA 19176-1783**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Revolving Debt**

Last 4 digits of account number  8  3  8  8

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,159.70 |
|---|---|---|---|

**Wex Bank**

**P.O. Box 4337**

**Carol Stream, IL 60197**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Revolving Debt**

Last 4 digits of account number  2  1  -  4

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor    **Futura Enterprises Inc.**
_____    Case number *(if known)* _____
Name

---

| Part 2: | Additional Page |
|---|---|

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,000.00 |
|---|---|---|---|

**Woods Concrete LLC**

**P.O. Box 493**

**Joshua, TX 76058**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

Debtor   **Futura Enterprises Inc.**
_____   Case number *(if known)* _____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$11,150.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$1,833,596.04** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,844,746.04** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Futura Enterprises Inc.** |
| United States Bankruptcy Court for the: | **Northern** District of **Texas** (State) |
| Case number (If known): | Chapter **11** |

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | rental of unit 216 office/ warehouse located at 11857 Judd Court, Dallas, TX 75243 | **Texas JCSB, LLC** |
| | | | **c/o TIG Real Estate Services** |
| | | **Contract to be ASSUMED** | **4350 Beltway Drive** |
| | State the term remaining | | **Addison, TX 75001** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | rental of unit 218 office warehouse located at 11857 Judd Court, Dallas, TX 75243 | **Texas JCSB, LLC** |
| | | | **c/o TIG Real Estate Services** |
| | | **Contract to be REJECTED** | **4350 Beltway Drive** |
| | State the term remaining | | **Addison, TX 75001** |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | rental of unit 218 office warehouse located at 11857 Judd Court, Dallas, TX 75243 | **Texas JCSB, LLC** |
| | | | **c/o TIG Real Estate Services** |
| | | **Contract to be ASSUMED** | **4350 Beltway Drive** |
| | State the term remaining | | **Addison, TX 75001** |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | **Futura Enterprises Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5**

**State what the contract or lease is for and the nature of the debtor's interest** _____ _____

**State the term remaining** _____ _____

**List the contract number of any government contract** _____

Fill in this information to identify the case:

Debtor name **Futura Enterprises Inc.**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 **Irving Napert** | **7039 LAVENDALE AVE** <br> Street <br><br> **Dallas, TX 75230** <br> City State ZIP Code | **U.S. Small Business Administration** | ☑ D ☐ E/F ☐ G |
| | | **Bayfirst** | ☑ D ☐ E/F ☐ G |
| | | **Texas JCSB, LLC** | ☐ D ☐ E/F ☑ G |
| | | **Texas JCSB, LLC** | ☐ D ☐ E/F ☑ G |
| | | **Bank of America** | ☐ D ☑ E/F ☐ G |
| | | **Bank of America** | ☐ D ☑ E/F ☐ G |
| | | **Bank of America** | ☐ D ☑ E/F ☐ G |
| | | **Bank of America** | ☐ D ☑ E/F ☐ G |
| | | **Citibank** | ☐ D ☑ E/F ☐ G |

| Debtor | **Futura Enterprises Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| | | **Wex Bank** | ☐ D  ☑ E/F  ☐ G |
| | | **Bayfirst** | ☑ D  ☐ E/F  ☐ G |
| | | **CAN Capital / Webbank** | ☐ D  ☑ E/F  ☐ G |
| | | **Sinclair Funding Group** | ☐ D  ☑ E/F  ☐ G |
| | | **Loan Builder** | ☐ D  ☑ E/F  ☐ G |
| | | **ODK CAPITAL, LLC** | ☐ D  ☑ E/F  ☐ G |
| | | **Leaf Capital Funding, LLC** | ☐ D  ☑ E/F  ☐ G |
| | | **Small Business Financial Solutions, LLC** | ☐ D  ☑ E/F  ☐ G |
| | | **Texas JCSB, LLC** | ☐ D  ☐ E/F  ☑ G |
| 2.2 | **Napert, Irving** | **U.S. Small Business Administration** | ☑ D  ☐ E/F  ☐ G |
| | **7039 LAVENDALE AVE** Street | **Bayfirst** | ☑ D  ☐ E/F  ☐ G |
| | **Dallas, TX 75230** | **Texas JCSB, LLC** | ☐ D  ☐ E/F  ☑ G |
| | City          State          ZIP Code | **Texas JCSB, LLC** | ☐ D  ☐ E/F  ☑ G |
| | | **Bank of America** | ☐ D  ☑ E/F  ☐ G |

| Debtor | **Futura Enterprises Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **Bank of America** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Bank of America** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Bank of America** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Citibank** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Wex Bank** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Bayfirst** | ☑ D<br>☐ E/F<br>☐ G |
| | | **CAN Capital / Webbank** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Sinclair Funding Group** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Loan Builder** | ☐ D<br>☑ E/F<br>☐ G |
| | | **ODK CAPITAL, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Leaf Capital Funding, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Small Business Financial Solutions, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Texas JCSB, LLC** | ☐ D<br>☐ E/F<br>☑ G |

| Debtor | **Futura Enterprises Inc.** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.3 | _____ | Street _____ _____ City        State        ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.4 | _____ | Street _____ _____ City        State        ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.5 | _____ | Street _____ _____ City        State        ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.6 | _____ | Street _____ _____ City        State        ZIP Code | _____ | ❏ D ❏ E/F ❏ G |

ATTACHMENT 41.1

## Office Furniture, Equipment and Fixtures

| | TYPE | QUANTITY | DESCRIPTION | VALUE |
|---|---|---|---|---|
| 1 | desk l shaped | 7 | laminated secretarial desk | $350.00 |
| 2 | Desk one piece | 9 | 3x6 laminated desk | $225.00 |
| 3 | file cabinet | 5 | 2 drawer laminate | $150.00 |
| 4 | file cabinet | 1 | 4 drawer laminate | $250.00 |
| 5 | office chairs | 5 | executive chairs | $100.00 |
| 6 | bookshelves | 2 | wooden shelves stained | $100.00 |
| 7 | conference table | 1 | round 42 inch laminate | $125.00 |
| 8 | conference table | 1 | 96 inch by 42 | $250.00 |
| 9 | office chairs | 28 | black fiber chairs | $50.00 |
| 10 | whiteboard | 7 | 72 by 40 inch | $40.00 |
| 11 | reception desk | 1 | 6 foot by 5 foot with front | $250.00 |
| 12 | Metal file cabinet | 3 | 4 drawer | $75.00 |
| 13 | television | 1 | 75 inch LED | $300.00 |
| 14 | computer | 10 | 27 inch monitor | $75.00 |
| 15 | computer | 1 | 32 inch monitor | $80.00 |
| 16 | refrigerator | 1 | 27 inch with freezer | $400.00 |
| 17 | dishwasher | 1 | 24 maytag | $250.00 |
| 18 | table | 1 | white laminate Kitchen | $40.00 |
| 19 | chairs | 7 | regular chairs | $40.00 |
| 20 | computers | 7 | laptop Lenovo ( 3 years old)+ | $400.00 |
| 21 | Printers | 4 | brother laser | $125.00 |
| 22 | printers | 3 | HP small laser | $150.00 |
| 23 | printer | 1 | HP Blueprint printer | $1,000.00 |
| 24 | Misc | | supplies, paper, toner, pens etc | $100.00 |
| 25 | Phones | 1 | phone system 11 handsets not digital | $100.00 |
| 26 | cell phones | 10 | Iphones from 11 up to 14 | $2,500.00 |

ATTACHMENT 41.2

| | Product | Quantity | Inventory of Materials in Shop | Value |
|---|---|---|---|---|
| | Product | Quantity | Description | Value |
| 1 | vanity | 1 | 30 inch custom vanity with sink | 350 |
| 2 | skylight | 1 | 14 inch tub skylight Velux | 200 |
| 3 | skylight | 1 | 36 inch custom dome plastic | 150 |
| 4 | pool heater | 1 | 150,000 btu heater | 500 |
| 5 | catch all | 1 | protective tarp for roofing 1/2 system | 750 |
| 6 | pallet jack | 1 | industrial grade pallet jack | 300 |
| 7 | roll shelving | 3 | 18' inch by 4 foot shelving on wheels | 75 |
| 8 | roof repairs parts | 10 | flat roof TPO repair part | 75 |
| 9 | plumbing jacks | 10 | 2 inch to 3 inch | 100 |
| 10 | vent jacks | 5 | 3 inch and 5 inch | 50 |
| 11 | landscape fabric | 1 | roll 8 foot | 50 |
| 12 | plumbing jack cover | 24 | cover plumbing pipe from roof | 100 |
| 13 | floor fans | 2 | construciton fans 24 inch | 50 |
| 14 | simpson hanger | 20 | b eam hangers assorted | 200 |
| 15 | joist hangers | 24 | assorted | 50 |
| 16 | ridge vent | 1.5 boxes | 30 pieces | 100 |
| 17 | fence caps | 9 | plasticcopper like for wood | 45 |
| 18 | nails and screws | assort | various | 50 |
| 19 | coolers | 3 | summer coolers | 30 |
| 20 | doors | 1 | 3 foot by 8 foot door solid | 50 |
| 21 | stell jamb | 1 | 3 foot by 8 foot door jamb | 40 |
| 22 | wood workbench | 1 | 5 foor workbench | 40 |
| 23 | drill bits assort | 1 | drill bits assorted | 10 |
| 24 | Plumbing parts | 1 | sinks, faucets, drains | 250 |
| 25 | Electric Parts | 1 | old lights and Leds | 100 |
| 26 | custom skylight | 1 | 36 inch custom dome plastic | 50 |

# ATTACHMENT 41.3

| | Tools in Shop Locker | | | |
|---|---|---|---|---|
| | Product | Quantity | Description | Value |
| 1 | scafolding | 6 | sets 6x7 | 600 |
| 2 | scafolding platform | 6 | 19 inch plaform | 50 |
| 3 | garbage cart | 1 | 1/2 cubic yard | 150 |
| 4 | pump jacks | 2 | 4x4 size | 40 |
| 5 | tool box | 1 | truck bed wheel well 9 inch | 200 |
| 6 | ladder | 1 | 32 foot extension aluminum | 250 |
| 7 | ladders | 4 | 6 foot and 8 foot | 75 |
| 8 | ladders | 2 | 22 foot | 125 |
| 9 | magnet | 1 | 30 inch | 50 |
| 10 | rollers | 4 | 12 inch | 10 |
| 11 | clamps | 2 | cabinet clamps 4 foot | 20 |
| 12 | electric blower | 1 | ryobi blower | 50 |
| 13 | welder | 1 | small welder 90 amp | 100 |
| 14 | mitre saw | 2 | dewalt and Kobalt | 250 |
| 15 | table saw | 1 | 10 inch table saw dewalt | 250 |
| 16 | dehumdifier | 4 | various types | 50 |
| 17 | Belt sander | 1 | stationary | 50 |
| 18 | jaw horse | 1 | work surface | 50 |
| 19 | tile saw | 1 | harbor freight 10 inch | 100 |
| 20 | grinder | 1 | 6 inch Makita griner | 100 |
| 21 | chain saw | 1 | 20 nch Stihl | 300 |
| 22 | tablegrinder | 1 | 6 inch Wen | 50 |
| 23 | vacuum | 3 | 5 gallon Rigid | 40 |
| 24 | Power washer | 2 | ryobi and dewalt | 250 |
| 25 | Planner | 1 | rigid wood planner | 200 |
| 26 | compactor | 1 | soil compactor harbor freight | 300 |
| 27 | generalor | 1 | 7500 watt electric generator | 400 |
| 28 | Paint Sprayer | 1 | finish paint airless | 400 |
| 29 | trim nailer | 2 | dewalt trim nailer | 125 |
| 30 | framing nailer | 1 | dewalt framing nailer | 250 |
| 31 | c ompressor | 2 | milwakee 5 gallon | 100 |
| 32 | jack hammer | 1 | makita electric 27 lb | 800 |
| 33 | fans | 3 | 24 inch floor fans commercial | 75 |
| 34 | weed wacker | 1 | ryobi | 50 |
| 35 | canopy cover | 1 | 10 x 10 sun cover | 100 |
| 36 | jacks | 2 | 20 ton hydraulic | 50 |
| 37 | space heater | 1 | propane space heater | 100 |

Fill in this information to identify the case:

Debtor name **Futura Enterprises Inc.**

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
     Copy line 88 from *Schedule A/B*...................................................................................

**$0.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*...............................................................................

**$313,607.19**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*.................................................................................

**$313,607.19**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

**$738,448.23**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................

**$11,150.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

**+  $1,833,596.04**

4. **Total liabilities**..........................................................................................................................
   Lines 2 + 3a + 3b

**$2,583,194.27**

| Fill in this information to identify the case: |
| --- |
| Debtor name      **Futura Enterprises Inc.** |
| United States Bankruptcy Court for the: <br> **Northern District of Texas** |
| Case number (if known): _____ |

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **07/14/2025**          **X** /s/ Irving Napert
         MM/ DD/ YYYY              Signature of individual signing on behalf of debtor

                                   **Irving Napert**
                                   Printed name

                                   **President**
                                   Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Futura Enterprises Inc.** |
| United States Bankruptcy Court for the: | **Northern District of Texas** |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to   Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | **$1,273,712.15** |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | **$4,519,064.00** |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | **$3,600,279.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to   Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY      MM/ DD/ YYYY | | |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY      MM/ DD/ YYYY | | |

Debtor __Futura Enterprises Inc._____   Case number _(if known)_____
       Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. __See Attachment 3.1_____<br>Creditor's name<br><br>Street<br><br><br>City            State     ZIP Code | _____ | __See Attached__ | ❏ Secured debt<br>❏ Unsecured loan repayments<br>❏ Suppliers or vendors<br>❏ Services<br>☑ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❏ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. __Irving Napert_____<br>Creditor's name<br>__7039 LAVENDALE AVE_____<br>Street<br><br><br>__Dallas, TX 75230_____<br>City            State     ZIP Code<br><br>**Relationship to debtor** | _____ | **$26,647.18** | **Partial reimbursement of expenses**<br>**tendered to the Debtor in the amount of**<br>**$256,517.86** |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor   **Futura Enterprises Inc.**                                    Case number *(if known)* _____

Name

5.1. _____    _____    _____    _____

Creditor's name

Street

_____

_____

City              State    ZIP Code

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ | _____ | _____ | _____ |
| Creditor's name | XXXX–__ __ __ __ | | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City         State    ZIP Code | | | |

---

**Part 3:**   Legal Actions or Assignments

---

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **See Attachment 7.1** | _____ | **See Attached** | ☑ Pending |
| _____ | | Name | ☐ On appeal |
| **Case number** | | _____ | ☐ Concluded |
| | | Street | |
| _____ | | _____ | |
| | | _____ | |
| | | City        State    ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor  **Futura Enterprises Inc.**
_____
        Name                                                      Case number *(if known)* _____

| 8.1. | **Custodian's name and address** | **Description of the property** | **Value** |
|---|---|---|---|

Custodian's name
_____

Street
_____

_____
City              State    ZIP Code

**Case title**
_____

**Case number**
_____

_____

**Date of order or assignment**
_____

_____

**Court name and address**

Name
_____

Street
_____

_____
City              State    ZIP Code

---

**Part 4:**  Certain Gifts and Charitable Contributions

**9.**  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|---|

Recipient's name
_____

Street
_____

_____
City              State    ZIP Code

**Recipient's relationship to debtor**
_____

---

**Part 5:**  Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| **Description of the property lost and how the loss occurred** | **Amount of payments received for the loss** If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | **Date of loss** | **Value of property lost** |
|---|---|---|---|
| 10.1. | | | |

---

**Part 6:**  Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor    **Futura Enterprises Inc.**                                                                      Case number *(if known)*
          Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **DeMarco Mitchell, PLLC** | **Attorney's Fee** | **03/14/2025** | **$16,738.00** |
| | **Address** | | | |
| | **12770 Coit Road, Suite 850**<br>Street | | | |
| | **Dallas, TX 75251**<br>City          State    ZIP Code | | | |
| | **Email or website address** | | | |
| | **robert@demarcomitchell.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor    Futura Enterprises Inc.                                          Case number *(if known)*
_____
          Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |

**Address**
_____

Street
_____

_____

City                    State    ZIP Code

**Relationship to debtor**
_____

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____  To _____ |
| | Street | |
| | _____ | |
| | _____ | |
| | City        State    ZIP Code | |

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ | _____ | _____ |
| Facility name | | |
| _____ | | |
| Street | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ | _____ | *Check all that apply:* |
| City        State    ZIP Code | _____ | ☐ Electronically |
| | | ☐ Paper |

Debtor   **Futura Enterprises Inc.**
Name                                                        Case number *(if known)*

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 **Prestige Credit Union** <br> Name <br> **15203 KNOLL TRAIL DR. #101** <br> Street <br> _____ <br> **Dallas, TX 75248** <br> City        State      ZIP Code | XXXX– **4  4  1  6** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | **4/2025** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor    Futura Enterprises Inc.
          Name

Case 25-42551-mxm11    Doc 1    Filed 07/14/25    Entered 07/14/25 19:06:45    Desc Main
                    Document      Page 55 of 77    Case number *(if known)*

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor   **Futura Enterprises Inc.**                                          Case number *(if known)*
       Name

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| _____ | Name | _____ | ☐ On appeal |
| **Case number** | _____ | _____ | ☐ Concluded |
| | Street | | |
| _____ | _____ | _____ | |
| | _____ | _____ | |
| | City       State    ZIP Code | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | _____ | _____ |
| Name | Name | _____ | |
| Street | Street | _____ | |
| _____ | _____ | _____ | |
| City       State    ZIP Code | City       State    ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | _____ | |
| Name | Name | _____ | |
| Street | Street | _____ | |
| _____ | _____ | _____ | |
| City       State    ZIP Code | City       State    ZIP Code | | |

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor   **Futura Enterprises Inc.**
_____   Case number *(if known)* _____
Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State      ZIP Code | _____<br><br>_____ | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____  To _____ |

### 26. Books, records, and financial statements

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Mindy Laney**<br>Name<br>**111 South Spring Creek**<br>Street<br><br>**Dallas, TX 75360**<br>City          State      ZIP Code | From **9/18/24**   To **1/20/25** |
| 26a.2. **Gracie Alaman**<br>Name<br>**1425 Huntington dr**<br>Street<br><br>**Mesquite, TX 75149**<br>City          State      ZIP Code | From **1/30/25**   To **3/10/25** |
| 26a.3. **Garza Gump Group, PLLC**<br>Name<br>**P.O. Box 600010**<br>Street<br><br>**Dallas, TX 75360**<br>City          State      ZIP Code | From **7/23**   To _____ |
| 26a.4. **Shelley Tollison**<br>Name<br>**P.O. Box 2049**<br>Street<br><br>**Frisco, TX 75034**<br>City          State      ZIP Code | From **9/1/22**   To **8/8/24** |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor   Futura Enterprises Inc.
_____   Case number *(if known)* _____
Name

| Name and address | Dates of service |
|---|---|

26b.1. **Garza Gump Group, PLLC**
Name

**P.O. Box 600010**
Street

_____

**Dallas, TX 75360**
City                     State              ZIP Code

From **7/23**      To _____

| Name and address | Dates of service |
|---|---|

26b.2. **Calvetti Ferguson**
Name

**700 Louisiana Street**
Street

_____

**Houston, TX 77002**
City                     State              ZIP Code

From **8/20**      To **7/23**

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

**Garza Gump Group, PLLC**
Name

**P.O. Box 600010**
Street

_____

**Dallas, TX 75360**
City                     State              ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.

**Shelley Tollison**
Name

**1425 Huntington dr**
Street

_____

**Mesquite, TX 75149**
City                     State              ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1. **Bayfirst**
Name

**700 Central Ave., Mail Code 206**
Street

_____

**Saint Petersburg, FL 33701**
City                     State              ZIP Code

Debtor Futura Enterprises Inc.
     Name

Case number *(if known)*

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
Name

_____
Street

_____
City       State     ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Irving Napert | 7039 LAVENDALE AVE Dallas, TX 75230 | President, Shareholder | 100.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | , | | From _____<br>To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Irving Napert**<br>Name<br>**7039 LAVENDALE AVE**<br>Street<br><br>**Dallas, TX 75230**<br>City  State  ZIP Code | $80,080.00 | | Salary |

| Relationship to debtor |
|---|
| President and sole shareholder |

Debtor   **Futura Enterprises Inc.**
         Name                                                           Case number *(if known)*

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:**  Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __07/14/2025__
              MM/ DD/ YYYY

**X** **/s/ Irving Napert**                        Printed name    **Irving Napert**
_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   __**President**__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

# ATTACHMENT 3.1

## Payments more than $7575 within 90 days

| Date | Vendor | Amount | Address |
|---|---|---|---|
| 7/11/25 | AfcoDirect | 4418.38 | P.O. Box 475, Carol Stream, IL 60197-4795 |
| 6/26/25 | AfcoDirect | 4628.79 | |
| 5/27/25 | AfcoDirect | 4408.38 | |
| 4/17/25 | AfcoDirect | 4408.38 | |
| | | 17863.93 | |
| | | | |
| 6/27/25 | Andres Roofing & Construction LLC | 1100 | 1449 Evergreen Dr., Lewisville, TX 75067 |
| 5/2/25 | Andres Roofing & Construction LLC | 6010 | |
| 4/18/25 | Andres Roofing & Construction LLC | 8270 | |
| 3/28/25 | Andres Roofing & Construction LLC | 5000 | |
| | | 20380 | |
| | | | |
| 6/13/25 | Apex Building Solutions, LLC | 1200 | 160 Kristen Ln, Suite6, Wylie, TX 75098 |
| 6/6/25 | Apex Building Solutions, LLC | 1200 | |
| 4/18/25 | Apex Building Solutions, LLC | 5023.22 | |
| | | 7423.22 | |
| | | | |
| 6/6/25 | Blue Sky CC | 2500 | 5576 Spur Ln., McKinney, TX 75071 |
| 5/17/25 | Blue Sky CC | 5000 | |
| 4/17/25 | Blue Sky CC | 5000 | |
| | | 12500 | |
| | | | |
| 7/12/25 | Builders Carpet & Design Center | 8104.25 | 3100 Alma Rd., McKinney, TX 75070 |
| 6/26/25 | Builders Carpet & Design Center | 20000 | |
| 5/17/25 | Builders Carpet & Design Center | 550 | |
| 5/17/25 | Builders Carpet & Design Center | 450 | |
| 4/17/25 | Builders Carpet & Design Center | 7275.25 | |
| | | 36379.5 | |
| | | | |
| 5/1/25 | Burris Windows | 9150 | 4949 Amon Carter Blvd., Fort Worth, TX 75155 |
| 4/18/25 | Burris Windows | 9355.17 | |
| | | 18505.17 | |
| | | | |
| 5/17/25 | Cassity Jones Building Materials | 13666.16 | 501 Apache Trl., Terrell, TX 75160 |
| | | 13666.16 | |
| | | | |
| 4/22/25 | City of North Richland Hills | 13122.26 | P.O. Box 961092, North Richland Hills, TX 76161 |
| | | 13122.26 | |
| | | | |
| 6/13/25 | Connected Media Corp. | 4162.11 | 550 N. Central Expy., #162, McKinney, TX 75070 |
| 4/17/25 | Connected Media Corp. | 9711.57 | |

ATTACHMENT 3.1

13873.68

| Date | Payee | Amount | Address |
|---|---|---|---|
| 5/14/25 | CS Granite Inc. | 5173 | 2405 Fabens Rd., Dallas, TX 75243 |
| 4/23/25 | CS Granite Inc. | 3700 | |
| 3/21/25 | CS Granite Inc. | 2635 | |
| | | 11508 | |
| 7/12/25 | DSD Electric | 2950 | 1813 Sandra Ln., Grand Prairie, TX 75032 |
| 6/27/25 | DSD Electric | 4850 | |
| 6/13/25 | DSD Electric | 5480 | |
| 6/2/25 | DSD Electric | 2520 | |
| 5/17/25 | DSD Electric | 5000 | |
| 5/9/25 | DSD Electric | 10000 | |
| 4/18/25 | DSD Electric | 750 | |
| 4/17/25 | DSD Electric | 980 | |
| | | 32530 | |
| 3/14/25 | DeMarco Mitchell, PLLC | 16738 | 12770 Coit Rd., #850, Dallas, TX 75251 |
| | | 16738 | |
| 6/27/25 | ESQ Woodworks | 1000 | 1734 Whiteoak Dr., Garland, TX 75040 |
| 6/13/25 | ESQ Woodworks | 1500 | |
| 6/6/25 | ESQ Woodworks | 1500 | |
| 5/17/25 | ESQ Woodworks | 1500 | |
| 4/18/25 | ESQ Woodworks | 2500 | |
| | | 8000 | |
| 6/27/25 | Everlasting Roofing | 3240 | 2234 Meadowglen Dr., Garland, TX 75044 |
| 6/23/25 | Everlasting Roofing | 7000 | |
| 6/2/25 | Everlasting Roofing | 250 | |
| 5/23/25 | Everlasting Roofing | 937.5 | |
| 5/16/25 | Everlasting Roofing | 2755 | |
| 5/2/25 | Everlasting Roofing | 3880 | |
| 4/17/25 | Everlasting Roofing | 1500 | |
| | | 19562.5 | |
| 6/30/25 | Fernando Cantu | 10980.47 | 2009 Ann Ave., Carrollton, TX 75006 |
| 6/20/25 | Fernando Cantu | 1000 | |
| | | 11980.47 | |
| 6/27/25 | GM Drywall | 5000 | 3221 Marble Arch Ln., Arlington, TX 76015 |
| 6/6/25 | GM Drywall | 3700 | |
| 3/28/25 | GM Drywall | 15480 | |
| 3/21/25 | GM Drywall | 4500 | |
| | | 28680 | |
| 6/30/25 | Home Depot | See attachment | |

| Date | Vendor | Amount | Address |
|---|---|---|---|
| 7/12/252 | Innovation Cabinetry | 14925.13 | 11925 N. Stemmons Fwy., Suite 190, Dallas, TX 75234 |
| | | 14925.13 | |
| | | | |
| 6/13/25 | JMS Mchanical | 5474 | 3141 S. Main St., Fort Worth, TX 76110 |
| 6/6/25 | JMS Mchanical | 5718 | |
| 5/17/25 | JMS Mchanical | 460 | |
| 5/2/25 | JMS Mchanical | 1805 | |
| | | 13457 | |
| | | | |
| 7/12/25 | KLZ Stone | 5405.67 | 11129 Zodiac Ln, Suite 300, Dallas, TX 75229 |
| 4/28/25 | KLZ Stone | 2070.29 | |
| 4/24/25 | KLZ Stone | 2768.99 | |
| | | 10244.95 | |
| | | | |
| 5/17/25 | Lee Roy Jordan Lumber | 214.16 | 11529 Emerald St., Dallas, TX 75229 |
| 4/18/25 | Lee Roy Jordan Lumber | 14112.79 | |
| 4/8/25 | Lee Roy Jordan Lumber | 12184.11 | |
| 3/25/25 | Lee Roy Jordan Lumber | 16397.22 | |
| | | 42908.28 | |
| | | | |
| 7/11/25 | Mejia Roofing & Remodeling LLC | 7500 | 3306 Bridgewater Dr., Rowlett, TX 75088 |
| 7/1/25 | Mejia Roofing & Remodeling LLC | 4000 | |
| 6/27/25 | Mejia Roofing & Remodeling LLC | 4800 | |
| 6/23/25 | Mejia Roofing & Remodeling LLC | 6000 | |
| 6/13/25 | Mejia Roofing & Remodeling LLC | 11140 | |
| 6/6/25 | Mejia Roofing & Remodeling LLC | 7200 | |
| 6/2/25 | Mejia Roofing & Remodeling LLC | 3500 | |
| 5/23/25 | Mejia Roofing & Remodeling LLC | 3500 | |
| 5/9/25 | Mejia Roofing & Remodeling LLC | 5000 | |
| 4/25/25 | Mejia Roofing & Remodeling LLC | 6688.5 | |
| 4/17/25 | Mejia Roofing & Remodeling LLC | 10000 | |
| 4/11/25 | Mejia Roofing & Remodeling LLC | 5000 | |
| | | 74328.5 | |
| | | | |
| 4/17/25 | MS International | 9240.56 | 12845 Valley Branch Ln, 100, Farmers Branch, TX 75234 |
| | | 9240.56 | |
| | | | |
| 7/2/25 | Mercury Insurance | 2782.66 | 555 W. Imperial Hwy, Brea, CA 92821-4802 |
| 6/3/25 | Mercury Insurance | 2782.66 | |
| 5/2/25 | Mercury Insurance | 3880 | |
| 4/1/25 | Mercury Insurance | 3860 | |
| | | 13305.32 | |
| | | | |
| 5/17/25 | Safe Life Fire Protection LLC | 2500 | 130 January Ln., Ponder, TX 76259 |
| 4/18/25 | Safe Life Fire Protection LLC | 3894.54 | |
| 3/28/25 | Safe Life Fire Protection LLC | 5000 | |
| | | 11394.54 | |

# ATTACHMENT 3.1

| | | | |
|---|---|---|---|
| 5/7/25 | Sana Medical Benefits | 5626.78 | |
| 3/31/25 | Sana Medical Benefits | 5626.78 | |
| | | 11253.56 | |
| | | | |
| 5/9/25 | SD Plumbing Service | 5068 | 343 N. Cherry Ln., Fort Worth, TX 76108 |
| 3/28/25 | SD Plumbing Service | 5388 | |
| | | 10456 | |
| | | | |
| 6/13/25 | Sergio Camacho | 5000 | 2227 Gaylord Dr., Dallas, TX 75227 |
| 5/9/25 | Sergio Camacho | 5750 | |
| 5/2/25 | Sergio Camacho | 5750 | |
| | | 16500 | |
| | | | |
| 6/13/25 | Squarefoot Construction | 5000 | 104 W. Linda Dr., Garland, TX 75041 |
| 6/6/25 | Squarefoot Construction | 7000 | |
| 4/22/25 | Squarefoot Construction | 11000 | |
| | | 23000 | |
| | | | |
| 7/12/25 | Wilson Plywood | 1682.96 | 833 Shepherd Dr., Garland, TX 75042 |
| 7/1/25 | Wilson Plywood | 2248.54 | |
| 6/10/25 | Wilson Plywood | 1675.56 | |
| 6/2/25 | Wilson Plywood | 2192.17 | |
| 4/18/25 | Wilson Plywood | 353.04 | |
| 4/17/25 | Wilson Plywood | 3891.44 | |
| | | 12043.71 | |

# ATTACHMENT 7.1

## Lawsuits and Legal Problems

Caption of Lawsuit

Can Capital Asset Servicing vs Futura Enterprises, Inc. and Irving Napert

Court Name and Address

Third District Court , Salt Lake City, Utah
450 South State Street, Salt Lake City, Utah 84114

Natrure of Lawsuit

Notice of Judgement appeal period ended on April 24,2024
Case Number- 239913684

Status
Pending

Caption of Lawsuit

Bill Me Later Inc. vs Futura Enterprises, Inc.

Court Name and Address

116th Judicial Court , Dallas County Texas

Natrure of Lawsuit

Judgement agreed to in January 2025
Case Number- 01-23-0003-0910

Status
Pending

Caption of Lawsuit

Debra Morrison Vs Futura Enterprises, Inc and Irving Napert

Court Name and Address

Dallas County Court at Law No.5

Natrure of Lawsuit

customer is suing us for unacceptable work
Case Number-

Status
Pending

Caption of Lawsuit

Leaf  Capital Funding Vs Futura Enterprises, Inc and Irving Napert

Court Name and Address

Tarrant County District Court

# ATTACHMENT 7.1

| Nature of Lawsuit |
|---|

seeking repayment of loan
Case Number- 352-359190-24

| Status |
|---|

Pending

| Caption of Lawsuit |
|---|

Small Busines Financial Solutions Vs Futura Enterprises, Inc and Irving Napert

Court Name and Address

Circuit Court for Montgomery County, Maryland
50 Maryland Ave., Rockville, Maryland 20850

| Nature of Lawsuit |
|---|

seeking repayment of loan
Case Number- c-15-cv-25-000095

| Status |
|---|

Pending

| Caption of Lawsuit |
|---|

ODK Capital, LLC. Vs Futura Enterprises, Inc and Irving Napert

Court Name and Address

Third Judicial District Court, Salt Lake City Utah
450 South State St., Salt Lake City, UT 84114-1860, POBOX 1860

| Nature of Lawsuit |
|---|

seeking repayment of loan
Case Number- 259906868

| Status |
|---|

Pending

| Fill in this information to identify the case: |
|---|
| Debtor name  **Futura Enterprises Inc.** |
| United States Bankruptcy Court for the: **Northern District of Texas** |
| Case number (if known): _____ |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Leaf Capital Funding, LLC 1720 Crete Street, STE A Moberly, MO 65270 | | MCA | | | | $199,000.00 |
| 2 | Sinclair Funding Group 1100 Coney Island Ave Brooklyn, NY 11230 | | MCA | Contingent Disputed Unliquidated | | | $175,000.00 |
| 3 | CAN Capital / Webbank 2015 VAUGHN ROAD, NW, BLDG 500 Kennesaw, GA 30144 | | MCA | Contingent Disputed Unliquidated | | | $172,249.00 |
| 4 | Loan Builder c/o Swift Financial, LLC 3505 Silverside Road Wilmington, DE 19810 | | MCA | Contingent Disputed Unliquidated | | | $163,960.00 |
| 5 | ODK CAPITAL, LLC 4700 W. Daybreak Pkwy., Suite 200 South Jordan, UT 84009 | | MCA | Contingent Disputed Unliquidated | | | $109,000.00 |
| 6 | Alvarez Masonary 1419 Windmill Hill Cedar Hill, TX 75104 | | Vendor | | | | $82,980.00 |
| 7 | Bank of America PO Box 15796 Wilmington, DE 19886 | | Revolving Debt | | | | $50,358.27 |
| 8 | Bank of America PO Box 15796 Wilmington, DE 19886 | | Revolving Debt | | | | $49,163.60 |

| Debtor | Futura Enterprises Inc. | | | | | |
|---|---|---|---|---|---|---|
| | Name | | | Case number *(if known)* | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Bank of America PO Box 15796 Wilmington, DE 19886 | | Revolving Debt | | | | $48,473.04 |
| 10 Bank of America PO Box 15796 Wilmington, DE 19886 | | Revolving Debt | | | | $44,492.71 |
| 11 Citibank P.O Box 900143 Louisville, KY 40290 | | Revolving Debt | | | | $41,002.47 |
| 12 Woods Concrete LLC P.O. Box 493 Joshua, TX 76058 | | Vendor | | | | $34,000.00 |
| 13 GM Drywall 3221 Marble Arch Ln Arlington, TX 76015 | | Vendor | | | | $31,200.00 |
| 14 Small Business Financial Solutions, LLC 4500 EAST WEST HIGHWAY, 6TH FLOOR Bethesda, MD 20814 | | MCA | Contingent Disputed Unliquidated | | | $23,000.00 |
| 15 Builders Carpet & Design Center 3100 Alma Road Mckinney, TX 75070 | | Vendor | | | | $21,687.00 |
| 16 Blue Sky 5576 Spur Ln. Mckinney, TX 75071 | | Vendor | | | | $14,891.00 |
| 17 JT Plumbing 2401 Blue Mound Road W, Ste. G Haslet, TX 76052 | | Vendor | | | | $14,834.00 |
| 18 Synchrony Bank P.O. Box 71783 Philadelphia, PA 19176-1783 | | Revolving Debt | | | | $12,925.87 |
| 19 MS International 12845 Valley Branch Ln. Suite 100 Dallas, TX 75234 | | Vendor | | | | $11,875.00 |
| 20 Pacific Coast Supply LLC 4290 Roseville Road North Highlands, CA 95660 | | Vendor | | | | $11,787.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Futura Enterprises Inc.**                                              CASE NO

                                                                               CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  __07/14/2025__      Signature _____**/s/ Irving Napert**_____
                                                           Irving Napert, President

72 Degrees Service
PO Box 270941
Dallas, TX 75227

911 Construction Co. LLC
502 N. Main St
Irving, TX 75061

ADP Retirement Services
71 Hanover Road
Florham Park, NJ 07932

AfcoDirect
P.O. Box 4795
Carol Stream, IL 60197-4795

Ally
PO Box 380902
Minneapolis, MN 55438

Alvarez Masonary
1419 Windmill Hill
Cedar Hill, TX 75104

Andres Roofing and
Construction LLC
1449 Evergreen Dr.
Lewisville, TX 75067

Apex Building Solutions LLC
160 Kristen Lane, Suite 6
Wylie, TX 75098

Attorney General of the
United States
Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503


B Squared Excavating LLC
PO Box 843
Caddo Mills, TX 75135


Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224


Bank of America
PO Box 15796
Wilmington, DE 19886


Bayfirst
700 Central Ave., Mail Code 206
Saint Petersburg, FL 33701


Blue Sky
5576 Spur Ln.
Mckinney, TX 75071


Builders Carpet & Design
Center
3100 Alma Road
Mckinney, TX 75070


C S Granite Inc.
2405 Fabens Rd.
Dallas, TX 75243

CAN Capital / Webbank
2015 VAUGHN ROAD, NW, BLDG 500
Kennesaw, GA 30144

Citibank
P.O Box 900143
Louisville, KY 40290

Community Waste Disposal,
LP
PO Box 208939
Dallas, TX 75320

Dallas County Tax-Assessor
Collector
500 Elm St Ste 3300
Dallas, TX 75202-3304

Design and Rendering
3568 Cloverdale Lane
Dallas, TX 75243

Epay Recovery
Deductible Recovery Group
PO Box 6068-17
Hermitage, PA 16148

ESQ Woodworks
1734 Whiteoak Dr.
Garland, TX 75040

Fernando Cantu
2009 Ann Ave
Carrollton, TX 75006

First Home Bank
Bay First National Bank
700 Central Ave. MC 206
Saint Petersburg, FL 33701


Gary Moffatt
2305 Griffith Park Drive
Prosper, TX 75078


GM Drywall
3221 Marble Arch Ln
Arlington, TX 76015


Hotchkiss Insurance Agency
4120 International Pkwy.
Carrollton, TX 75007


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Irving Napert
7039 LAVENDALE AVE
Dallas, TX 75230


Irving Napert
7039 Lavendale Ave
Dallas, TX 75230


J&M Concrete
Attn Jorge Deleon
200 NE McAlister Road
Burleson, TX 76028

JT Plumbing
2401 Blue Mound Road W, Ste. G
Haslet, TX 76052

Leaf Capital Funding, LLC
1720 Crete Street, STE A
Moberly, MO 65270

Loan Builder
c/o Swift Financial, LLC
3505 Silverside Road
Wilmington, DE 19810

Mejia Roofing & Remodeling
LLC
3306 Bridgewater Dr.
Rowlett, TX 75088

Moore Supply
PO Box 951949
Dallas, TX 75395

MS International
12845 Valley Branch Ln. Suite 100
Dallas, TX 75234

Irving Napert
7039 LAVENDALE AVE
Dallas, TX 75230

NTTA Tolltag
P.O. Box 260928
Plano, TX 75026

ODK CAPITAL, LLC
4700 W. Daybreak Pkwy., Suite 200
South Jordan, UT 84009


Office of the Attorney General
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548


Office of the United States
Trustee
515 Rusk Street, Suite 3516 Room 976
Houston, TX 77002


Pacific Coast Supply LLC
4290 Roseville Road
North Highlands, CA 95660


Quality Insulation & Roofing
2323 North Frazier Street, Ste E
Conroe, TX 77303


Sinclair Funding Group
1100 Coney Island Ave
Brooklyn, NY 11230


Small Business Financial
Solutions, LLC
4500 EAST WEST HIGHWAY, 6TH FLOOR
Bethesda, MD 20814


Squarefoot Construction
104 W Linda Dr
Garland, TX 75041

SRS Building Products
1211 Regal Row
Dallas, TX 75247

Sunbelt Rentals Inc
PO Box 409211
Atlanta, GA 30384-9211

Synchrony Bank
P.O. Box 71783
Philadelphia, PA 19176-1783

Texas Alcoholic Beverage
Commission
License and Permits Division
Po Box 13127
Austin, TX 78711-3127

Texas Comptroller of Public
Accounts
Bankruptcy & Collections Division
P.O. Box 12548, MC-008
Austin, TX 78711

Texas Comptroller of Public
Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

Texas JCSB, LLC
c/o TIG Real Estate Services
4350 Beltway Drive
Addison, TX 75001

Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442

U.S. Department of HUD
307 W. 7th Street Suite 1000
Fort Worth, TX 76102


U.S. Dept. of Veterans Affairs
Regional Office, Finance Section (24)
701 Clay Ave
Waco, TX 76799-0001


U.S. Securities & Exchange
Comm.
Fort Worth Regional Office
801 Cherry St Ste 1900 Unit 18
Fort Worth, TX 76102-6819

U.S. Small Business
Administration
1545 Hawkins Blvd. Suite 202
El Paso, TX 79925


U.S. Small Business
Administration
150 Westpark Way Ste 130
Euless, TX 76040-3705


United States Attorney
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1699


Wex Bank
P.O. Box 4337
Carol Stream, IL 60197


Woods Concrete LLC
P.O. Box 493
Joshua, TX 76058